1

2  CONTRERAS ESTRADA GUSTAVO

3  NAME

4  HIGH DESERT STATE PRISON

5  PO BOX 650 INDIANSPRINGS NV, 89070

6  #1060657

7  PRISON NUMBER

8

9                    UNITED STATES DISTRICT COURT

10                      DISTRICT OF NEVADA

11

12  CONTRERAS ESTRADA GUSTAVO  }   2:11-CV-01535-KJD-VCF

13                   PLAINTIFF  }

14      VS.                     }   CIVIL RIGHTS COMPLAINT

15  JOHN DOE #1                 }   -  PURSUANT TO

16  JOHN DOE #2                 }   42 U.S.C § 1983

17  A.W. C MORROW               }

18             DEFENDANT(S)     }

19

20      MOTION TO DISMISS WITHOUT PREJUDICE

21  COMES NOW, PLAINTIFF GUSTAVO CONTRERAS ESTRADA IN

22  PRO SE, TO MOVE THIS HONORABLE COURT TO DISMISS

23  WITHOUT PREJUDICE THE ABOVE CAPTIONED CASE.

24

25

26

27

28

FILED ✓     RECEIVED
ENTERED     SERVED ON
COUNSEL/PARTIES OF RECORD

NOV 2 1 2011

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

1

## ARGUMENT/CONCLUSION

3

4

5   1) PLAINTIFF HAVING FILED PREMATURELY HIS

6   42 U.S.C § 1983 NOW WOULD REQUEST TO GRANT

7   HIS MOTION.

8

9

10   DATED THIS 16 DAY OF NOVEMBER OF 2011

11

12                      BY CONTRERAS ESTRADA GUSTAVO

13                         PLAINTIFF, PRO-SE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

| | |
|---|---|
| 1 | |
| 2 | ORDER OF THE COURT |
| 3 | |
| 4 | |
| 5 | THE COURT HAVING REVIEWED PLAINTIFF'S MOTION |
| 6 | TO DISMISS THE CASE AT BAR HEREBY GRANTS PLAINTIFF'S |
| 7 | MOTION TO DISMISS WITHOUT PREJUDICE. |
| 8 | |
| 9 | DATED THIS 30th DAY OF November, 2011 |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | FEDERAL DISTRICT COURT JUDGE |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |