1
2  CONTRERAS ESTRADA GUSTAVO
3  NAME
4  HIGH DESERT STATE PRISON
5  P.O. BOX 650 INDIAN SPRINGS NV, 89070
6  #1060657
7  PRISON NUMBER
8
9            UNITED STATES DISTRICT COURT
10                DISTRICT OF NEVADA
11
12  CONTRERAS ESTRADA GUSTAVO  )  2:11-CV-01535-KJD-VCF
13              PLAINTIFF      )
14       V.S.                  )  CIVIL RIGHTS COMPLAINT
15  JOHN DOE #1                )  PURSUANT TO
16  JOHN DOE #2                )  42 U.S.C § 1983
17  A.W.C MORROW               )
18              DEFENDANT(S)   )
19
20        MOTION TO DISMISS WITHOUT PREJUDICE
21  COMES NOW, PLAINTIFF GUSTAVO CONTRERAS ESTRADA IN
22  PRO SE, TO MOVE THIS HONORABLE COURT TO DISMISS
23  WITHOUT PREJUDICE THE ABOVE CAPTIONED CASE.
24
25
26
27
28

FILED / ENTERED
NOV 21 2011
CLERK US DISTRICT COURT
DISTRICT OF NEVADA

ARGUMENT/CONCLUSION

1) PLAINTIFF HAVING FILED PREMATURELY HIS 42 U.S.C § 1983 NOW WOULD REQUEST TO GRANT HIS MOTION.

DATED THIS 16 DAY OF NOVEMBER OF 2011

BY CONTRERAS ESTRADA GUSTAVO
PLAINTIFF, PRO SE

## ORDER OF THE COURT

THE COURT HAVING REVIEWED PLAINTIFF'S MOTION TO DISMISS THE CASE AT BAR HEREBY GRANTS PLAINTIFF'S MOTION TO DISMISS WITHOUT PREJUDICE.

DATED THIS 30th DAY OF November, 2011

_____
FEDERAL DISTRICT COURT JUDGE